813 P.2d 318

**LIBRA GROUP, INC.,**

v.

**STATE of Arizona/Charles L. Miller, Director of ADOT/Pima Co.**

**No. CV–91–0123–PR.**

Supreme Court of Arizona.

July 16, 1991.

ORDERED

Petition for Review DENIED.